FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

TIMOTHY M. BROWDER, )
)
              Plaintiff, )
) 05-10464 PBS
v. )
)
NATIONAL FINANCIAL SYSTEMS, INC., )
)
              Defendant. )

### AFFIDAVIT OF ATTORNEY CATHLEEN M. COMBS

        I, Cathleen M. Combs, declare under penalty of perjury, as provided for by the laws of the United States (28 U.S.C. §1746) that the following statements are true:

1. I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice. I have been admitted to practice in Illinois since 1976.

2. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

3. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

        Executed at Chicago, Illinois, on March 7, 2005.

                                      /s/ Cathleen M. Combs
                                      Cathleen M. Combs

Subscribed and sworn before me this
7th day of March, 2005

/s/ Lisa D. Stroud
Notary Public

Official Seal
Lisa D. Stroud
Notary Public State of Illinois
My Commission Expires 11/19/07