IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| TIMOTHY M. BROWDER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) 05-10464 PBS |
| | ) |
| NATIONAL FINANCIAL SYSTEMS, INC., | ) |
| | ) |
| Defendant. | ) |

### AFFIDAVIT OF ATTORNEY FRANCIS R. GREENE

I, Francis R. Greene, declare under penalty of perjury, as provided for by the laws of the United States (28 U.S.C. §1746) that the following statements are true:

1. I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice. I have been admitted to practice in Illinois since 2000.

2. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

3. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Executed at Chicago, Illinois, on March 7, 2005.

_____
Francis R. Greene

Subscribed and sworn before me this
____ day of March, 2005
_____
Notary Public

Official Seal
Lisa D. Stroud
Notary Public State of Illinois
My Commission Expires 11/19/07