## CERTIFICATE OF SERVICE

I, Christopher M. Lefebvre, hereby certify that on the __16th__ day of __March__, 2005, I caused true and accurate copies of the foregoing Notice of Motion, and the document referred to herein, to be served upon the following parties via United States Mail.

National Financial Systems, Inc.,
600 W. John Street
Hicksville, NY 11801

_____
Christopher M. Lefebvre