AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

EASTERN District of MASSACHUSETTS

Timothy M. Browder

V.

National Action Financial Systems, Inc.,

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 05 10464 PBS

TO: (Name and address of Defendant)

National Action Financial Systems, Inc.,
600 West John Street
Hicksville, NY 11801

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Christopher M. Lefebvre
LAW OFFICES OF CLAUDE LEFEBVRE & SONS
Two Dexter Street
Pawtucket, RI 02860

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON                            MAR 10 2005
CLERK                                         DATE

(By) DEPUTY CLERK

| SAMSERV, INC. PROCESS SERVICE 147 REMSEN STREET BROOKLYN NY 11201 (718) 875-1133 LICENSE # 0929611 |
|---|

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION
-----------------------------------------------------------X
TIMOTHY M. BROWDER,

                **Plaintiff,**           Atty: LEFEBVRE
                                      Case No. 05 10464 PBS

   -against-

                                      AFFIDAVIT OF SERVICE

NATIONAL ACTION FINANCIAL SYSTEMS, INC
               **Defendant,**
-----------------------------------------------------------X


_DAVID MOSQUERA_ Process Server @ 147 REMSEN STREET BROOKLYN, NEW YORK, declare that
I am over the age of eighteen years, not a party to this action, and has personal and firsthand knowledge of all matters stated herein.
     That on the _28TH_, day of _MARCH_, 2005 at _600 WEST JOHN STREET HICKSVILLE, NEW YORK 11801
deponent served the within
_X_SUBPOENA IN A CIVIL ACTION, COMPLAINT-CLASS ACTION w/index #/date endorsed thereon
on_NATIONAL ACTION FINANCIAL SYSTEMS INC witness , by delivering thereat to _ MR. H. STEPHENS_ by personal service
The description of the individual I served is as follows:
_X_Male __Female
__White Skin _X_Black Skin __Yellow Skin __Brown Skin __Red Skin
_X_Black Hair __Brown Hair __Blonde Hair __Gray Hair __Red Hair __White Hair
__Balding __Mustache __Beard __Glasses
__14-20Yrs __21-35Yrs _X_36-50Yrs __51-65Yrs __Over 65Yrs
__Under 5' __5'0"-5'3" _X_5'4"-5'8" __5'9"- 6'0" __Over 6'0"
__Under 100Lbs __100-130Lbs __131-160Lbs _X_161-200Lbs __Over 200Lbs


I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of service is correct


DATED: _14 April_, 2005

WILLIAM MLOTOK
NOTARY PUBLIC, State of New York
No. 01ML5045548
Qualified in Nassau County
Commission Expires June 19, 2007

Mosquera
1173234