UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
(EASTERN DIVISION)

Docket No. 05-CV-10464PBS

TIMOTHY M. BROWDER,
    Plaintiff

v.

NATIONAL FINANCIAL SYSTEMS, INC.,
    Defendant

**CERTIFICATE OF ALBERT E. FOWERBAUGH, JR.
IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

The undersigned, Albert E. Fowerbaugh, Jr. hereby certifies as follows:

1. I am a member in good standing of the bar of the United States Supreme Court, the Supreme Court of the State of Illinois, the United States Court of Appeals for the Seventh Circuit, the United States Court of Appeals for the Ninth Circuit, the United States District Court for the Northern District of Illinois, and the United States District Court for the Northern District of Texas.

2. I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice.

3. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY this 7th day of June, 2005.

_____
Albert E. Fowerbaugh, Jr.
Lord Bissell & Brook LLP
115 South LaSalle Street
Chicago, IL  60603

2