UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
(EASTERN DIVISION)

Docket No. 05-CV-10464PBS

TIMOTHY M. BROWDER,
    Plaintiff

v.

NATIONAL FINANCIAL SYSTEMS, INC.,
    Defendant

## ORDER

IT IS HEREBY ORDERED that the motion of Steven S. Broadley that Albert E. Fowerbaugh, Jr. and Michael G. Salemi be admitted *pro hac vice* as co-counsel for Defendant National Financial Systems, Inc. in this case is hereby granted, and Albert E. Fowerbaugh Jr. and Michael G. Salemi are hereby admitted *pro hac vice* to practice before this Court in the above-captioned matter.

    DATED this ___ of June, 2005

ENTERED

_____
Judge

7

CHI1 1077116v1