UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Timothy Browder
Plaintiff,
        V.                                  Civil Action Number
                                                  05-10464-PBS-PBS

National Financial Systems, Inc.
Defendant.                                          June 15, 2005

## SCHEDULING ORDER

Saris, D.J.,

Class and Fact Discovery deadline: 12/15/05

Plaintiff's expert designation deadline: 1/15/06

Defendant's expert designation deadline: 2/15/06

Expert discovery deadline: 3/15/06

Class Certification Motion filing deadline: 1/22/06

Hearing on Class Certification: 3/8/06 at 2:00 p.m.

Summary Judgment Motion filing deadline: 4/15/06

Opposition to Summary Judgment Motions: 4/30/06

Hearing on Summary Judgment or Pretrial Conference: 5/10/06 at 2:00 p.m.

Case to be referred to Mediation program: Winter, 2005

                                                         By the Court,

                                                         /s/ Robert C. Alba
                                                         Deputy Clerk