UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
(EASTERN DIVISION)

Docket No. 05-CV-10464PBS

TIMOTHY M. BROWDER,
    Plaintiff

v.

NATIONAL FINANCIAL SYSTEMS, INC.,
    Defendant

## CERTIFICATION

Counsel for the defendant has conferred with the defendant:

(a)    with a view to establishing a budget for full litigation of this matter and in the event that alternative courses are chosen; and

(b)    to consider resolving the litigation through the use of alternative dispute resolution methods are outlined in Local Rule 16.4.

**NATIONAL FINANCIAL SYSTEMS, INC.,**
By its attorneys,

_____
Steven S. Broadley, BBO #542305
Posternak Blankstein & Lund, LLP
Prudential Tower
800 Boylston Street, 32nd Floor
Boston, MA 02199-8004
617-973-6100

Of Counsel:

_____
Albert E. Fowerbaugh, Jr., Esquire
Michael G. Salemi, Esquire
Lord, Bissell & Brook LLP
115 South LaSalle Street
Chicago, IL 60603
312-443-1871

**NATIONAL FINANCIAL SYSTEMS, INC.**

By: _____
    Duly Authorized

ID # 434133v01/14528-2/ 06.14.2005