# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS
# EASTERN DIVISION

| | | |
|---|---|---|
| TIMOTHY M. BROWDER, | ) | |
| | ) | |
| Plaintiff, | ) | 1:05cv10464 |
| | ) | |
| v. | ) | Judge Saris |
| | ) | |
| NATIONAL FINANCIAL SYSTEMS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## **LOCAL RULE 16.1(D) CERTIFICATION**

My counsel and I have conferred regarding the following matters:

    (A)    establishing a budget for the costs of conducting the full course – and various alternative courses – for the litigation; and

    (B)    considered the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in L.R. 16.4.

It is my understanding that my attorneys have conferred with National Financial Systems, Inc.'s counsel regarding the same matters stated above.


Respectfully submitted,


/s/Christopher M. Lefebvre                         /s/Timothy Browder
LAW OFFICES OF CLAUDE                  163 Gerry Rd
LEFEBVRE & SONS                              Chestnut Hill, MA 02467-3185
P.O. Box 479
Pawtucket, RI  02862
(401) 728-6060
(401) 728-6534 (FAX)
B.B.O. # 629056

EDELMAN, COMBS, LATTURNER
& GOODWIN, LLC
Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Francis R. Greene
120 S. LaSalle Street, 18th Floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)