UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
(EASTERN DIVISION)

Docket No.  05-CV-10464PBS

TIMOTHY M. BROWDER,
     Plaintiff

v.

NATIONAL FINANCIAL SYSTEMS,
INC.,
     Defendant

## NOTICE OF CHANGE OF ADDRESS

To:    See attached service list.

    Pursuant to Local Rule 83.5.2(e), please take notice that effective January 16, 2006, the address of Lord, Bissell & Brook LLP has changed to:

    LORD, BISSELL & BROOK LLP
    111 SOUTH WACKER DRIVE
    CHICAGO, ILLINOIS 60606-4410

    Kindly use the new firm address in all pleadings, correspondence, and other documents.

DATED: January 17, 2006

                    s/ Michael G. Salemi_____
                     LORD, BISSELL & BROOK LLP

*Pro Hac Vice*
Albert E. Fowerbaugh, Jr. (6201219)
Michael G. Salemi (6279741)
LORD, BISSELL & BROOK LLP
111 South Wacker Drive
Chicago, Illinois  60606-4410
Tel.: (312) 443-0323 (M. Salemi)
Fax: (312) 896-6323 (M. Salemi)

## CERTIFICATE OF SERVICE

   I, Michael G. Salemi, Esquire of Lord Bissell & Brook LLP, hereby certify that on this 17th day of January 2006, I caused a copy of the above **Notice of Change of Address** to be mailed to:

Daniel A. Edelman, Esquire
Francis R. Greene, Esquire
Edelman, Combs, Latturner & Goodwin, LLC
120 S. LaSalle Street, 18th Floor
Chicago, IL  60603-3403

Christopher M. Lefebvre, Esquire
Law Offices of Claude Lefebvre &
Sons
Two Dexter Street
Pawtucket, RI  02860

Steven S. Broadley, BBO #542305
Posternak Blankstein & Lund, LLP
Prudential Tower
800 Boylston Street, 32nd Floor
Boston, MA  02199-8004


                                               s/ Michael G. Salemi_____
                                               Michael G. Salemi