**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION**

| | |
|---|---|
| TIMOTHY M. BROWDER,  )  | |
| ) | 1:05cv10464 |
| Plaintiff,  ) | |
| ) | Judge Saris |
| v.  ) | |
| ) | |
| NATIONAL FINANCIAL SYSTEMS, INC.,  ) | |
| ) | |
| Defendant.  ) | |

## PLAINTIFF'S MOTION TO VOLUNTARILY DISMISS MASS. G.L., CH 93A CLAIM

Plaintiff Timothy M. Browder respectfully asks the Court to enter an order dismissing without prejudice his Mass. G.L., CH 93A claim.

In support of this motion, Plaintiff states as follows:

1. On May 11, 2005, Plaintiff filed an amended complaint adding a Mass. G.L. CH. 93A claim against Defendant National Financial Systems, Inc. ("NFS").

2. Plaintiff now wishes to dismiss that claim without prejudice.

3. Defendant's counsel has indicated that NFS does not have any objection to this motion.

WHEREFORE, Plaintiff respectfully asks the Court to enter an order dismissing without prejudice his Mass. G.L. CH 93A claim.

Respectfully submitted,

s/ Francis R. Greene
Francis R. Greene

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Francis R. Greene
EDELMAN, COMBS, LATTURNER
      & GOODWIN, LLC
120 S. LaSalle Street, 18th floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)

Christopher M. Lefebvre
LAW OFFICES OF CLAUDE
      LEFEBVRE & SONS
Two Dexter Street
Pawtucket, RI  02860
(401) 728-6060
(401) 728-6534 (FAX)
B.B.O. # 629056

## RULE 7.1 CERTIFICATION

I, Francis R. Greene, hereby certify that I have conferred in good faith with counsel for National Financial Systems, Inc. regarding this motion. Defendant's counsel does not object to the filing of this motion.

 s/ Francis R. Greene  
Francis R. Greene

## CERTIFICATE OF SERVICE

       I, Francis R. Greene, hereby certify that on February 14, 2006, a copy of the foregoing Plaintiff's Motion to Voluntarily Dismis Mass. G.L. CH 93A Claim was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Albert E. Fowerbaugh, Jr.  
LORD, BISSEL & BROOK LLP  
afowerbaugh@lordbissell.com

Michael G. Salemi  
LORD, BISSEL & BROOK LLP  
msalemi@lordbissell.com

Steven S. Broadley  
POSTERNAK, BLANKSTEIN & LUND, LLP  
sbroadley@pbl.com

 s/ Francis R. Greene  
Francis R. Greene