## CERTIFICATE OF SERVICE

        I, Francis R. Greene, hereby certify that on March 15, 2006, a copy of the foregoing Proposed Order Granting Plaintiff's Motion for Class Certification was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Albert E. Fowerbaugh, Jr.  
LORD, BISSEL & BROOK LLP  
afowerbaugh@lordbissell.com

Michael G. Salemi  
LORD, BISSEL & BROOK LLP  
msalemi@lordbissell.com

Steven S. Broadley  
POSTERNAK, BLANKSTEIN & LUND, LLP  
sbroadley@pbl.com

                                                    s/ Francis R. Greene  
                                                    Francis R. Greene