UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Timothy Browder
           Plaintiff,           CIVIL ACTION
                                                      NO.  05-10464-PBS
    v.

National Financial Systems, Inc.
              Defendant.


**NOTICE OF RESCHEDULED MOTION HEARING/PRETRIAL CONFERENCE**

SARIS, U.S.D.J.                                                          April 28, 2006

      The Summary Judgment Motion Hearing/Pretrial Conference previously scheduled for May 10, 2006, has been **rescheduled** to **July 24, 2006, at 3:00 p.m.**


                                                                 By the Court,


                                                                /s/ Robert C. Alba
                                                               Deputy Clerk


Copies to:  All Counsel



resched.ntc