**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

TIMOTHY BROWDER,
              Plaintiff

V.

NATIONAL FINANCIAL SYSTEMS
              Defendant

CIVIL ACTION

NO.  05-10464 PBS

**REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE  Saris

[ ]    The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[X]    On  May 11, 2006,  I held the following ADR proceeding:

      __ SCREENING CONFERENCE      __ EARLY NEUTRAL EVALUATION
      _X_ MEDIATION      __ SUMMARY BENCH / JURY TRIAL
      __ MINI-TRIAL      __ SETTLEMENT CONFERENCE

[X]    All parties were represented by counsel [except _____]

[X]    The parties were present in person, by telephone or by authorized corporate officer

      The case was:

[ ]    Settled. A ___ day order of dismissal has been entered.

[ ]    There was progress.

[ ]    Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list.

[ ]    Suggested strategy to facilitate settlement:

[X]    Other: The case is settled. Within thirty days of the mediation, counsel shall file a Joint Motion for Settlement Approval.

May 11, 2006                    /s/ Kenneth P. Neiman
DATE                    ADR Provider

                    KENNETH P. NEIMAN, U.S. Magistrate Judge