UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Timothy Browder
                Plaintiff,                      CIVIL ACTION
                                                                  NO.   05-10464-PBS
       v.

National Financial Systems, Inc.
                Defendant.

## NOTICE OF MOTION HEARING

SARIS, U.S.D.J.                                                                                     July 7, 2006

      TAKE NOTICE that the above-entitled case has been set for a Motion Hearing Joint Motion for Preliminary Approval of Class Action Settlement on **July 25, 2006**, at **2:00 p.m.**, in Courtroom No. 19, 7th floor, U.S. District Court, 1 Courthouse Way, Boston, Massachusetts.

                                                                                     By the Court,


                                                                                     _/s/ Robert C. Alba_
                                                                                     Deputy Clerk

Copies to:  All Counsel