IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | | |
|---|---|---|
| TIMOTHY M. BROWDER, | ) | |
| | ) | 1:05cv10464 |
| Plaintiff, | ) | |
| | ) | Judge Saris |
| v. | ) | |
| | ) | |
| NATIONAL FINANCIAL SYSTEMS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF FILING

**TO**:  see service list

      **PLEASE TAKE NOTICE** that on August 4, 2006, I caused to be filed with the United States District Court, Northern District of Illinois, 219 South Dearborn, Chicago, Illinois, the following document: **DECLARATION OF DANIEL A. EDELMAN and PRELIMINARY APPROVAL ORDER**, a copy of which is attached hereto and hereby served upon you.

                                                                            s/Daniel A. Edelman
                                                                            Daniel A. Edelman

Daniel A. Edelman
Francis R. Greene
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, 18th floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)

**CERTIFICATE OF SERVICE**

   I, Daniel A. Edelman, hereby certify that on August 4, 2006, a copy of the foregoing Declaration of Daniel A. Edelman and Preliminary Approval Order were filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

  Albert E. Fowerbaugh, Jr.        Michael G. Salemi
  LORD, BISSEL & BROOK LLP      LORD, BISSEL & BROOK LLP
  afowerbaugh@lordbissell.com      msalemi@lordbissell.com

  Steven S. Broadley
  POSTERNAK, BLANKSTEIN & LUND, LLP
  sbroadley@pbl.com

                   s/ Daniel A. Edelman
                   Daniel A. Edelman