05-10464

To:
Clerk of Court,

FILED
IN CLERKS OFFICE
2006 NOV -3 P 1:32
U.S. DISTRICT COURT
DISTRICT OF MASS.

I Robin D Sund wish to exclude myself from the Class Action Suit and Settlement of:

Timothy M. Browder

v.

National Financial System Inc.

Thank you,

Robin D Sund