Case No. 05cv10464
Browder v. National Financial System, Inc

I would like to exclude myself Katherine Batts, 30 River Bend Dr, Paintsville, KY 41240, both from the class action and the settlement.

I request exclusion with the clerk of the United States District Court for the Eastern District of Massachusetts Eastern Division 1 Courthouse Way Suite 2300 Boston MA 02210

cc Daniel A. Edelman
Francis R. Greene (12.528)
Edelman, Combs, Latturner & Goodwin, LLC
120 S. LaSalle Street, Suite 1800
Chicago, IL 60603

cc Albert E. Fowerbaugh, Jr
Michael G. Salemi
Lord Bissell & Brook, LLP
111 S Wacker Dr
Chicago, IL 60606

cc Steven S. Broadley
Posternak Blankstein & Lund, LLP
Prudential Tower
800 Boylston Street, 32nd Floor
Boston, MA 02199-8004