UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
(EASTERN DIVISION)

Docket No. 05-CV-10464PBS

TIMOTHY M. BROWDER,
    Plaintiff

v.

NATIONAL FINANCIAL SYSTEMS, INC.,
    Defendant

**REPORT REGARDING DISTRIBUTION
OF CLASS SETTLEMENT FUND**

    Defendant, National Financial Systems, Inc. ("Defendant") by counsel, submits the following Report Regarding Distribution of Class Settlement Fund:

    1.    Pursuant to Paragraph 7(a) of the Court's December 11, 2006 Final Approval Order ("Order"), First Class, Inc., the Class Administrator, was to provide the Court and class counsel with a report regarding the unclaimed/undistributed portion of the settlement fund.

    2.    In accordance with the Order, Defendant attaches hereto as Exhibit "A", the Report of First Class, Inc. regarding payment of the settlement fund and the amount to be paid as the *cy pres* remedy.

    3.    As shown by the Report, upon funding of the *cy pres* payment and the cashing of one outstanding check that was resent, the settlement fund will have been fully disbursed in accordance with the Order.

CHI1 1357109v1

**DATED:** June 14, 2007

                                        **NATIONAL FINANCIAL SYSTEMS, INC.,**

                                        s/ Michael G. Salemi
                                      By one of its attorneys

Steven S. Broadley, BBO #542305
Posternak Blankstein & Lund, LLP
Prudential Tower
800 Boylston Street, 33rd Floor
Boston, MA  02199-8004
617-973-6100
sbroadley@pbl.com

*Pro Hac Vice*
Albert E. Fowerbaugh, Jr., BBO #6201219
Michael G. Salemi, BBO #6279741
Lord, Bissell & Brook LLP
111 South Wacker Drive
Chicago, IL  60603
Tel:   312-443-0323 (M. Salemi)
Fax:  312-896-6323 (M. Salemi)

CHI1 1357109v1

## CERTIFICATE OF SERVICE

     I Michael G. Salemi, Esquire of Lord, Bissell & Brook LLP, hereby certify that a true copy of the above <u>Report Regarding Distribution of Class Settlement Fund</u> was served upon the attorney of record for each other party at the addresses below by mail on June 14, 2007.

| | |
|---|---|
| Daniel A. Edelman, Esquire | Christopher M. Lefebvre, Esquire |
| Francis R. Greene, Esquire | Law Offices of Claude Lefebvre & Sons |
| Edelman, Combs, Latturner & Goodwin, LLC | Two Dexter Street |
| 120 S. LaSalle Street, 18th Floor | Pawtucket, RI  02860 |
| Chicago, IL  60603-3403 | |

                                                      s/ Michael G. Salemi
                                                   Michael G. Salemi

# EXHIBIT A

# First Class, Inc.
## CLASS ACTION SERVICES

5410 WEST ROOSEVELT ROAD UNIT 222
CHICAGO, ILLINOIS 60644-1478

773-378-1009
FAX 773-378-1018
E-MAIL info@firstclassinc.com

| To: | **Michael G. Salemi Esq.** | Co: | Lord, Bissell & Brook LLP | |
|---|---|---|---|---|
| Fax No: | (312) 896-6323 | Phone No: | (312) 443-0323 | |
| From: | Lonna Schulz | | | |
| Your Ref #: | | Our Ref: | Order 8337 | |
| Date: | June 14, 2007 | Pages: | 1 | Including cover |
| Re: | **Browder v NFS** | | | |

### Settlement Fund Closeout Details

Please review the following information and provide/reconfirm the payee information if needed.

Thank you.

**Details**

| | |
|---|---|
| Check mailing date | 2/14/07 |
| Number of checks mailed | 192 |
| Void after (days) | 60 |
| Total settlement fund | $6,000.00 |
| Less Cashed (183 @ $31.25 ) | $5,718.75 |
| Less 1 check resent still outstanding (Yolanda Corales) | $31.25 |
| Remaining balance | $250.00 |

**Payee for remaining funds:**

| | |
|---|---|
| Name | Massachusetts Bar Foundation |
| Address (optional) | 20 West Street |
| City/St/Zip (optional) | Boston, MA 02111-1204 |

Uncashed checks to David L. Edwards, Doris Epps, Ronald R Gibeau, Mohammad Morad Hossain, David A. Kalinoski, Carl H. Miranda, Wong S. Sun and Michael J. Velky

---

**CONFIDENTIAL COMMUNICATION**

PLEASE PHONE 312-322-1002 IF YOU DO NOT RECEIVE ALL THE PAGES.  This fax may contain confidential material. If you are not the addressee you may not copy, use or distribute it. If you receive this fax in error, please contact the sender by telephone or fax back immediately and destroy your copy.